IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-424

| | |
|---|---|
| MARY HELEN DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) |
| CENTRAL PIEDMONT COMMUNITY COLLEGE, | ) |
| Defendant. | ) |

## ORDER

For good cause shown, the parties' Joint Motion To Modify Scheduling Order is hereby ALLOWED. Discovery shall be complete by May 31, 2008. Motions shall be filed by July 18, 2008.

**SO ORDERED**.

Signed: May 14, 2008

Carl Horn, III
United States Magistrate Judge